BENJAMIN B. WAGNER
United States Attorney
KATHERINE A. PLANTE
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ADAM ALDEN,<br><br>                              Defendant. | CASE NO.  1:16-CR-00010-SAB<br>MOTION AND  ORDER TO SCHEDULE INITIAL APPEARANCE ON APRIL 21, 2016 AT 1:30 P.M. AND ISSUE SUMMONS |

Plaintiff United States of America, by and through its counsel of record, Benjamin B. Wagner, United States Attorney and Katherine Plante, Special Assistant U.S. Attorney, hereby moves as follows:

1.      An information and signed plea agreement were filed in this matter in the District of Rhode Island on January 26, 2016.

2.      This matter was transferred from the District of Rhode Island to the Eastern District of California on January 28, 2016.

3.      The government now moves to schedule the initial appearance and change of plea in this matter for April 21, 2016 at 1:30 p.m.

4.      The government requests that the enclosed summons issue to the defendant.

5.      The Office of the Federal Defender, which anticipates appointment in this matter, has no objection to this motion.

1

Dated:  March 31, 2016

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney


/s/ *Katherine A. Plante*
KATHERINE A. PLANTE
Assistant United States Attorney

## ORDER

For good cause appearing, this Court schedules the initial appearance and change of plea in this matter for April 21, 2016 at 1:30 p.m. in Courtroom 9 before the Honorable Stanley A. Boone. The Clerk's Office shall issue a summons to the defendant for his appearance.

IT IS SO ORDERED.

Dated:  **March 31, 2016**

UNITED STATES MAGISTRATE JUDGE