HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ADAM ALDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00010 SAB 1 |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA; ORDER THEREON** |
| vs. | |
| ADAM ALDEN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the hearing to enter plea set for May 6, 2016 at 1:30 p.m., may be continued to Monday, May 9, 2016, at 1:30 p.m.

Defense counsel will be out of town and will not be available on May 6, 2016 to appear with Mr. Alden for his change of plea. Mr. Alden suffers from a mental health condition that, although it does not impact his cognitive function or ability to understand the proceedings and knowingly and voluntarily enter a plea, does make it difficult for him to meet and establish trust with new counsel. It is therefore requested that the date of the change of plea be continued to permit current counsel to appear with Mr. Alden, rather than to have other counsel stand in for the change of plea. The government does not object to this request.

///

///

                            Respectfully submitted,

                            HEATHER E. WILLIAMS
                            Federal Defender

DATED: May 4, 2016              */s/ Megan T. Hopkins*
                            MEGAN T. HOPKINS
                            Assistant Federal Defender
                            Attorney for Defendant
                            ADAM ALDEN

                            BENJAMIN B. WAGNER
                            United States Attorney

DATED: May 4, 2016              */s/ Katherine A. Plante*
                            KATHERINE A. PLANTE
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the hearing to enter plea set for May 6, 2016 at 1:30 p.m., is continued to Monday, May 9, 2016 at 1:30 p.m. before Magistrate Judge Stanley Boone in Courtroom Nine.

IT IS SO ORDERED.

Dated:  **May 4, 2016**

                            UNITED STATES MAGISTRATE JUDGE