PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE A. PLANTE
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ADAM ALDEN,<br><br>  Defendant. | CASE NO. 1:16-CR-00010-SAB<br><br>MOTION AND ORDER TO CONTINUE SENTENCING TO AUGUST 4, 2016 AT 10:00 A.M. |

Plaintiff United States of America, by and through its counsel of record, Phillip A. Talbert, Acting United States Attorney and Katherine A. Plante, Special Assistant U.S. Attorney, hereby moves as follows:

1. This matter was set for sentencing on July 19, 2016.

2. The case agent, who will be traveling for the proceedings from Rhode Island, is unable to attend on July 19th.

3. The government now moves to continue sentencing until August 4, 2016 at 10:00 a.m.

4. The defendant does not oppose this request.

//

//

//

//

1

Dated:  May 25, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ *KATHERINE A. PLANTE*
KATHERINE A. PLANTE
Special Assistant United States Attorney

**ORDER**

For good cause appearing, this Court continues the sentencing scheduled for July 19, 2016 to August 4, 2016 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **May 25, 2016**

_____
UNITED STATES MAGISTRATE JUDGE